OPINION — AG — ** COUNTY COMMISSIONERS — STUDENT LOANS — INTERESTS ** IN THE ABSENCE OF ANY STATUTE AUTHORIZING COUNTIES TO MAKE STUDENT LOANS, A BOARD OF COUNTY COMMISSIONERS MAY 'NOT' ACCEPT THE BENEFICIAL INTEREST OF A PUBLIC TRUST CREATED UNDER THE PROVISIONS OF 60 O.S. 176 [60-176] ET SEQ., FOR THE PURPOSE OF MAKING STUDENT LOANS. (POST SECONDARY EDUCATION, BONDS) CITE: 60 O.S. 176 [60-176], 70 O.S. 695.1 [70-695.1], 70 O.S. 695.3 [70-695.3], ARTICLE XVII, SECTION 1, 69 O.S. 1701 [69-1701], 69 O.S. 651 [69-651] [69-651], 60 O.S. 180 [60-180] (GEORGE R. BARR JR.)